NMA:MKM/NS
F. #2013R00409

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

REDINEL DERVISHAJ,
   also known as "Redi,"
BESNIK LLAKATURA,
   also known as "Besi"
   and "Nick," and
DENIS NIKOLLA,

          Defendants.

- - - - - - - - - - - - - - -X

CR 13 668

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§ 924(c)(1)(A)(i),
924(c)(1)(A)(ii), 981(a)(1)(C), 1951(a), 2
and 3551 et seq.; T. 21, U.S.C., § 853(p);
T. 28, U.S.C., § 2461(c))

THE GRAND JURY CHARGES:

COUNT ONE
(Hobbs Act Extortion Conspiracy)

1. In or about and between May 2013 and November 2013, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants REDINEL DERVISHAJ, also known as "Redi," BESNIK LLAKATURA, also known as "Besi" and "Nick," and DENIS NIKOLLA, together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by extortion, in that the defendants and others agreed to obtain property, to wit: proceeds from a restaurant located in Queens, New York, from John Doe #1,

2

an individual whose identity is known to the Grand Jury, with his consent, which consent was to be induced by wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT TWO
(Attempted Hobbs Act Extortion)

2. In or about and between May 2013 and November 2013, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants REDINEL DERVISHAJ, also known as "Redi," BESNIK LLAKATURA, also known as "Besi" and "Nick," and DENIS NIKOLLA, together with others, did knowingly and intentionally attempt to delay and affect commerce, and the movement of articles and commodities in commerce, by extortion, in that the defendants and others attempted to obtain property, to wit: proceeds from a restaurant located in Queens, New York, from John Doe #1, with his consent, which consent was induced by wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Sections 1951(a), 2 and 3551 et seq.)

## COUNT THREE
(Using, Carrying and Possessing a Firearm)

3. In or about and between May 2013 and November 2013, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants REDINEL DERVISHAJ, also known as "Redi," BESNIK LLAKATURA, also known as "Besi" and "Nick," and DENIS NIKOLLA, together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts One and Two, and did knowingly and

intentionally possess such firearms in furtherance of said crimes of violence, which firearms were brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

4. The United States hereby gives notice to defendants REDINEL DERVISHAJ, also known as "Redi," BESNIK LLAKATURA, also known as "Besi" and "Nick," and DENIS NIKOLLA that, upon their conviction of either offense charged in Counts One or Two, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), which require any person convicted of such offenses to forfeit any property, real or personal, which constitutes or is derived from proceeds traceable to such offenses.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable

4

property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2013R00409

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*REDINEL DERVISHAJ, et al.,*

Defendants.

# INDICTMENT

(T. 18, U.S.C., §§ 924(c)(1)(A)(i), 924(c)(1)(A)(ii),
981(a)(1)(C), 1951(a), 2 and 3551 et seq.;
T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____ *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____ *Clerk*

*Bail, $* _____

***Nadia Shihata and Kristin Mace, Assistant U.S. Attorneys (718) 254-6879***