NS
F.#2013R00409

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 0 4 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

REDINEL DERVISHAJ,
   also known as "Redi,"
BESNIK LLAKATURA,
   also known as "Besi"
   and "Nick," and
DENIS NIKOLLA,

             Defendants.

- - - - - - - - - - - - - - - - -X

UNSEALING ORDER

13 CR 668 (ENV)

      Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Nadia I. Shihata, for an order unsealing the indictment in the above-captioned matter,

      WHEREFORE, it is hereby ORDERED that the indictment in the above-captioned matter be unsealed.

Dated: Brooklyn, New York
       December 3, 2013

                           /s/ Joan M. Azrack
                           THE HONORABLE JOAN M. AZRACK
                           UNITED STATES MAGISTRATE JUDGE
                           EASTERN DISTRICT OF NEW YORK