**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

January 27, 2016

BY ECF

The Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Redinel Dervishaj*, No. (S-2) 13 Cr. 668 (ENV)

Your Honor:

    Redinel Dervishaj respectfully submits this letter in advance of tomorrow's pretrial conference, and pursuant to the Court's individual rules, to advise the Court that Mr. Dervishaj anticipates filing a motion to dismiss Counts Three, Six, and Nine of the Second Superseding Indictment for failure to state an offense. A memorandum of law in support of that contemplated motion is attached.

    Respectfully submitted,

    /s James Darrow

    James Darrow
    Michael Padden
    Assistant Federal Defenders
    Federal Defenders of New York, Inc.
    Tel. (718) 407-7419 | (718) 330-1240
    Fax: (718) 855-0760
    james_darrow@fd.org
    michael_padden@fd.org

    *Attorneys for Redinel Dervishaj*

cc:    Counsel of record (by ECF)