# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

March 21, 2016

**By Hand and ECF**
The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE: **United States v. Redinel Dervishaj, 13-CR-668(ENV)**

Your Honor:

    We write to request that the Court sign the attached proposed order, which will allow Mr. Dervishaj to appear at his trial in appropriate attire. We thank the court in advance for its cooperation in this matter.

                              Respectfully Submitted

                              /s/

                              Michael P. Padden, Esq.
                              Assistant Federal Defender
                              (718) 330-1240

                              James Darrow, Esq.
                              Assistant Federal Defender
                              (718) 407-7419

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA        :

        -against-               :
                                        ORDER FOR ACCEPTANCE
Redinel Dervishaj               :       OF TRIAL CLOTHING

        Defendant.              :       13-CR-668 (ENV)
-------------------------------X
```

Upon the request of Redinel Dervishaj by her counsel, Michael Padden of the Federal Defenders of New York, it is hereby

**ORDERED**, that the Bureau of Prisons (Metropolitan Detention Center-MDC) accept the following clothing for Redinel Dervishaj, inmate number 05723-748, in advance of his trial scheduled to begin on Monday, March 28, 2016.

1. One navy blue blazer;
2. One navy blue pants;
3. One black blazer;
4. One black pants;
5. Two dress shirts: one gray and one blue;
6. Two ties
7. Three pairs of black socks
8. Two white undershirts
9. One pair of dress shoes

**ORDERED**, that the MDC permit Mr. Dervishaj to wear such clothing and that the U.S. Marshal Service accept and transport Mr. Dervishaj to Court wearing such clothing on March 28, 2016, and any date thereafter until her trial is concluded.

Dated:  Brooklyn, NY
        March____, 2016

**SO ORDERED**

_____
The Honorable ERIC N. VITALIANO
Senior U.S. District Court Judge